AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-CR-__768 KG_____ |
| ROSA ADRIANA LOPEZ-ESCOBAR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ROSA ADRIANA LOPEZ-ESCOBAR                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1324(a)(1)(A)(v)(I): Conspiracy to Bring In, Transport, and Harbor Illegal Aliens.

Date:     05/24/2023

*Issuing officer's signature*

City and state:  Albuquerque New Mexico                Mitchell R. Elfers, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                                                                                                                 _____ *Arresting officer's signature* |
| _____ *Printed name and title* |