# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

Before the Honorable Jerry H. Ritter

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 23-768 KG | UNITED STATES vs. LOPEZ-ESCOBAR, et al. | |
| Hearing Date: | 7/26/2023 | Time In and Out: | 8:59-9:01 AM (2 MIN) |
| Courtroom Deputy: | R. Helmick | Digital Recording: | Sierra Blanca |
| Defendant: | ROSA ADRIANA LOPEZ-ESCOBAR | Defendant's Counsel: | CESAR PIERCE-VARELA |
| AUSA: | RYAN ELLISON | Pretrial/Probation: | LAURA GARIBAY |
| Interpreter: | ARMIDA HERNANDEZ | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: 8/16/23
- ☐ Parties agree Standing Discovery Order to be electronically entered  ☐ Discovery Order previously entered  ☒ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Gonzales
- ☒ Trial will be scheduled by presiding judge  ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

## Other

- ☐